**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**_____**

AGUSTIN AND GLENDA HIDALGO,

     Plaintiffs,

v.                                                                              No.  1:23-cv-01087 MLG-JMR

STATE FARM FIRE AND CASUALTY
COMPANY,

     Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Final Order of

Dismissal with Prejudice filed contemporaneously herewith, the Court issues its separate judgment

finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

It is so ordered.

_____

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA